UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EAMES OFFICE, LLC and <br> MAHARAM FABRIC CORP., <br>      Plaintiffs <br>   v. <br><br> BD HOTELS LLC d/b/a/ THE POD HOTEL, <br> SWAVELLE/MILL CREEK FABRICS, INC. <br> and VANESSA GUILFORD, <br>      Defendants | ) <br> ) <br> ) <br> )   Civ. No. <br> ) <br> ) <br> ) <br> ) <br> ) |

PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs Eames Office, LLC ("Eames") and Maharam Fabric Corp. ("Maharam") certifies that neither Eames nor Maharam has a parent corporation, and that no publicly held corporation owns ten percent or more of Eames's or Maharam's stock.

Dated:  Burlington, Vermont
     January 29, 2008

                  /s/ Andrew D. Manitsky
                  Andrew D. Manitsky, Esq.
                  Megan J. Shafritz, Esq.
                  Gravel and Shea
                  76 St. Paul Street, 7th Floor
                  P. O. Box 369
                  Burlington, VT  05402-0369
                  (802) 658-0220

                  *Attorneys For Plaintiffs*