UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EAMES OFFICE, LLC, **ET ANO.**,
                        Plaintiff(s),           CASE NO. 08 CV 00988

    -against-                             **AFFIDAVIT OF SERVICE**

BD HOTELS LLC, **ET AL.**,
                        Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK    )
                            s.s:
COUNTY OF NEW YORK  )

      JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
      That on the 31st day of January, 2008, at approximately 3:05 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; JUDGES' RULES; ECF FILING INSTRUCTIONS and COMPLAINT** upon BD HOTELS LLC d/b/a The Pod Hotel at 230 East 51st Street, New York, New York by personally delivering and leaving the same with Harry Wittlin, Owner, who is authorized by law to accept service.
      Harry Wittlin is a white male, approximately 75 years of age, is approximately 5 feet and 5 inches tall, weighs approximately 140 pounds, with short gray hair and blue eyes and was wearing glasses.

Sworn to before me this
1st day of February, 2008

                                              JASON AGEE #1196790

MICHAEL T. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
**Qualified in New York County**
**Commission expires February 3, 2010**