UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
EAMES OFFICE, LLC, **ET ANO.**,
                            Plaintiff(s),          CASE NO. 08 CV 00988

  -against-                       **AFFIDAVIT OF SERVICE**

BD HOTELS LLC, **ET AL.**,
                            Defendant(s).
----------------------------------------------------------X
STATE OF NEW YORK    )
                            s.s :
COUNTY OF NEW YORK   )

     JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
     That on the 31st day of January, 2008, at approximately 12:54 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; JUDGES' RULES; ECF FILING INSTRUCTIONS and COMPLAINT** upon Swavelle/Mill Creek Fabrics, Inc. at 15 East 26th Street, New York, New York by personally delivering and leaving the same with Eric Eiseman, Controller, who is authorized by law to accept service.
     Eric Eiseman is a white male, approximately 46 years of age, is approximately 5 feet and 7 inches tall, weighs approximately 190 pounds, with medium length black hair and blue eyes.

Sworn to before me this
1st day of February, 2008

JASON AGEE #1196790

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010