UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EAMES OFFICE, LLC, **ET ANO.**,

                Plaintiff(s),        CASE NO. 08 CV-00988

-against-                **AFFIDAVIT OF SERVICE**

BD HOTELS LLC, **ET AL.**,

                Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK    )
                          s.s :
COUNTY OF NEW YORK  )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
      That on the 4th day of February, 2008, at approximately 7:44 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; JUDGES' RULES and ECF FILING INSTRUCTIONS** upon Vanessa Guilford at 53-19 210th Street, Oakland Gardens New York 11364-1807 by personally delivering and leaving the same with Ron Guilford, who is a person of suitable age and discretion, at that address, the actual place of residence of the defendant. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.
      Ron Guilford is a white male, approximately 50 years of age, is approximately 6 feet tall, weighs approximately 140 pounds, with short brown hair and light eyes and was wearing glasses.

Sworn to before me this
6th day of February, 2008

                                                   JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010