PRESKA, J.

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/08

| | |
|---|---|
| EAMES OFFICE, LLC and MAHARAM FABRIC CORP., <br> Plaintiffs <br> v. <br> BD HOTELS LLC d/b/a/ THE POD HOTEL, SWAVELLE/MILL CREEK FABRICS, INC. and VANESSA GUILFORD, <br> Defendants | Civ. No. 1:08-cv-988 |

### STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Plaintiffs, Eames Office, LLC and Maharam Fabric Corp., and Defendant, Swavelle/Mill Creek Fabrics, Inc., by and through their respective undersigned counsel, hereby stipulate and agree that the time for Defendant to answer or otherwise move with respect to the Complaint in the captioned matter shall be and hereby is extended from February 20, 2008, to and including March 21, 2008. No previous extensions of this time have been requested.

Dated:   Burlington, Vermont
         February 15, 2008

_____
Andrew D. Manitsky, Esq.
Megan J. Shafritz, Esq.
Gravel and Shea
76 St. Paul Street, 7th Floor
P. O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
amanitsky@gravelshea.com

*Attorneys For Plaintiffs*

Dated:   Burlington, Vermont
         February 15, 2008

*signature: Larry Krantz*

Larry Krantz, Esq.
Krantz & Berman, LLP
747 Third Avenue, 32nd Floor
New York, NY 10017-2803
(212) 661-0009
lkrantz@krantzberman.com

*Attorneys For Defendant*
*Swavelle/Mill Creek Fabrics, Inc.*

APPROVED AND SO ORDERED:

Dated: February 20, 2008

*signature: Loretta A. Preska*

The Honorable Loretta A. Preska
U.S. District Court Judge

-2-