UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EAMES OFFICE, LLC and<br>MAHARAM FABRIC CORP.,<br>                   Plaintiffs<br>    v.<br><br>EASTHILL HOTEL CORP. d/b/a<br>THE POD HOTEL, and<br>SWAVELLE/MILL CREEK FABRICS, INC.<br>                   Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civ. No. 1:08-cv-988 (LAP)
**ECF CASE**

**JURY TRIAL DEMANDED**

MAR 2 1 2008
U.S.D.C. ....Y.
CASHIERS

## FIRST AMENDED COMPLAINT

Plaintiffs Eames Office, LLC ("Eames") and Maharam Fabric Corp. ("Maharam"), by and

through their attorneys, Gravel and Shea, for their First Amended Complaint against Defendants

Easthill Hotel Corp. d/b/a The Pod Hotel ("Pod") and Swavelle/Mill Creek Fabrics, Inc.

("Swavelle"), allege as follows:

Nature of Action

1.     This is an action for copyright infringement and unfair competition.  After

obtaining samples of Eames's original and proprietary EAMES DOT PATTERN from Eames's

exclusive licensee, Maharam, and apparently after deciding that the price of purchasing it

lawfully was too high, Pod bought a discount "knock off" of it from Swavelle, and used the

pattern as a central theme of The Pod Hotel's new interior design.  Plaintiffs seek legal and

equitable relief for this outrageous act of copyright infringement (under 17 U.S.C. § 501, *et seq.*) and unfair competition (under the Lanham Act, 15 U.S.C. §1125(a)).

Parties

2.     Plaintiff Eames Office, LLC is a limited liability company organized and existing under the laws of the State of California, with a principal place of business in Santa Monica, California.  It is engaged in the business of communicating, preserving, and extending the legacy and work of internationally famous designers Charles and Ray Eames, whose work is on display at, among other locations, the Museum of Modern Art in New York City.  Eames sells and licenses the rights to a variety of original and proprietary designs and products, including furniture, prints, films, stationery, and home accessories, including fabric designs such as the EAMES DOT PATTERN.

3.     Plaintiff Maharam Fabric Corporation is a corporation organized and existing under the laws of the State of New York, with a principal place of business in Hauppauge, New York.  For more than one hundred years, Maharam has been engaged in the business of selling and distributing high-end textiles for seating, upholstery, wallcoverings, and other commercial applications.  Maharam is the exclusive licensee of Eames's fabrics designs, including the EAMES DOT PATTERN, for use in the contract textile market for primary applications, including upholstery, wallcovering, panel, drapery, and cubicle curtain fabrics.

4.     Defendant Easthill Hotel Corp. d/b/a The Pod Hotel f/k/a Pickwick Arms ("Pod") is, upon information and belief, a New York entity with a principal place of business in New York, New York, which owns and operates a hotel located at 230 East 51st Street, New York,

-2-

GRAVEL AND SHEA
ATTORNEYS AT LAW
P. O. BOX 369
BURLINGTON, VERMONT
05402-0369

New York, 10022. Vanessa Guilford ("Guilford") is an interior designer and employee of Pod, whose acts as referenced herein were on behalf of Pod, within the scope of her employment at Pod, and as an authorized agent of Pod.

5. Defendant Swavelle/Mill Creek Fabrics, Inc. is, upon information and belief, a New York corporation with a principal place of business located in New York, New York.

<u>Jurisdiction and Venue</u>

6. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a) and (b).

7. Venue lies in this district pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

<u>Facts</u>

8. Eames is the owner of the original fabric design called EAMES DOT PATTERN, which was created in 1947 and first published in 1999, when it was licensed to Maharam for use as, *inter alia*, upholstery and wallcoverings.

9. The EAMES DOT PATTERN was registered with the United States Copyright Office as of August 23, 2002 and February 26, 2007. (Copies of the copyright registrations are annexed hereto as **Exhibit A**.)

10. On or about October 12, 2004, Pod asked Maharam to send sample swatch fabrics for its consideration. (A copy of the Sample Order Inquiry, directed to Guilford, is annexed hereto as **Exhibit B**.) At the time, Pod and, in particular, Guilford, were working on renovating and redesigning the hotel, which was formerly known as Pickwick Arms.

11. Pod received the requested sample swatches from Maharam, including the EAMES DOT PATTERN, which contained a copyright notice indicating that the fabric design is

-3-

owned by Eames.  (A copy of the EAMES DOT PATTERN swatch is annexed hereto as **Exhibit C.**)

12.    Six months later, on or about April 5, 2005, Pod ordered another eight (8) yards of the EAMES DOT PATTERN in red.  (A copy of the invoice is annexed hereto as **Exhibit D**.)

13.    Despite reviewing and liking the EAMES DOT PATTERN, Pod did not buy any more of the EAMES DOT PATTERN from Maharam.

14.    Instead, Pod purchased a "knock off" of the EAMES DOT PATTERN from Swavelle – for a substantially lower price per yard than that quoted by Maharam.

15.    Swavelle manufactured or caused to be manufactured thousands of yards of a copy of the EAMES DOT PATTERN.

16.    Swavelle sold to Pod thousands of yards of a copy of the EAMES DOT PATTERN.

17.    In early 2007, Pod opened its doors to the public with a redesigned look using the EAMES DOT PATTERN as a central theme of the hotel.  For example, Pod used the EAMES DOT PATTERN on its bedding, on its website, and on its brochures and promotional materials. *See* **Exhibit E.**

18.    At approximately the same time, Pod issued a press release announcing its "original and surprisingly offbeat transformation" as crafted by Guilford, stating:

> Guilford credits noted designers Charles and Ray Eames, the Los Angeles-based husband-and-wife design team who modernized post-war America during the 20th century, with shaping her view of what The POD HOTEL should be.  To that end, she used an interpretation of their signature dot fabric, circa 1947, on guest room bedding and headboard upholstery and chose a reproduction of their 1951 metal mesh chair for guest room desk chairs, among myriad other details.

GRAVEL AND SHEA
ATTORNEYS AT LAW
P. O. BOX 369
BURLINGTON, VERMONT
05402-0369

COUNT I
(Copyright Infringement Against Both Defendants)

19.    Plaintiffs repeat and reallege each of the foregoing allegations as though fully set forth herein.

20    None of the foregoing uses of the EAMES DOT PATTERN Defendants were authorized by Eames or Maharam.

21.    Defendants knew that the EAMES DOT PATTERN was an original and proprietary design.

22.    Defendants knew that the EAMES DOT PATTERN was subject to copyright protection.

23.    By virtue of the foregoing, Defendants have infringed and contributorily infringed Eames's copyright, in violation of Eames's rights as copyright owner and Maharam's rights as exclusive licensee.

24.    By virtue of the foregoing, Defendants have wantonly and willfully infringed Eames's copyright, in violation of Eames's rights as copyright owner and Maharam's rights as exclusive licensee.

25.    By virtue of the foregoing, Defendants have damaged Plaintiffs, and are liable in an amount to be determined at trial.

-5-

GRAVEL AND SHEA
ATTORNEYS AT LAW
P. O. BOX 369
BURLINGTON, VERMONT
05402-0369

COUNT II
(Unfair Competition Against Pod)

26.     Plaintiffs repeat and reallege each of the foregoing allegations as though fully set forth herein.

27.     Pod has used the EAMES DOT PATTERN and the Eames name in ways that are likely to cause confusion, mistake, and deceive as to the affiliation, connection, association, origin, sponsorship and approval of Plaintiffs.  For example, Pod issued a press release and produced other marketing, branding and advertising materials invoking Charles and Ray Eames, their high regard as designers, and the EAMES DOT PATTERN.

28.     By virtue of the foregoing, Pod is liable for unfair competition under the Lanham Act, 15 U.S.C. § 1125(a), in an amount to be determined at trial.

WHEREFORE, Plaintiffs demand judgment in their favor and against Defendants as follows:

(a)     awarding Plaintiffs for each and every act of infringement, pursuant to 17 U.S.C. § 504(a), *et seq.*, the greater of:

   (i)     actual damages and profits in an amount to be determined at trial, pursuant to 17 U.S.C. § 504(b);

   (ii)    statutory damages in the amount of $30,000 for infringement, pursuant to 17 U.S.C. § 504(c)(1); or

   (iii)   statutory damages in the amount of $150,000 for willful infringement, pursuant to 17 U.S.C. § 504(c)(2);

(b)     awarding Plaintiffs their full costs and reasonable attorneys' fees incurred in this action pursuant to 17 U.S.C. § 505;

(c)     enjoining Defendants from further copyright infringement and impounding all infringing items;

-6-

(d)     awarding Plaintiffs injunctive relief pursuant to 15 U.S.C. § 1116;

(e)     awarding Plaintiffs (i) treble damages; (ii) defendants' profits; and (iii) all costs of the action, including attorneys' fees, pursuant to 15 U.S.C. § 1117(a);

(f)     awarding Plaintiffs all other available compensatory and punitive damages; and

(g)     such other and further legal and equitable relief as the Court deems just and proper.

Dated:          Burlington, Vermont
                March 20, 2008

_____
Andrew D. Manitsky, Esq.
Megan J. Shafritz, Esq.
Gravel and Shea
76 St. Paul Street, 7th Floor
P. O. Box 369
Burlington, VT  05402-0369
(802) 658-0220

*Attorneys For Plaintiffs*

# Exhibit A

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

William A. Mason, IV, Esq., 76 St. Paul Street, 7th Floor, P.O. Box 369, Burlington, VT 05402-0369

Area code and daytime telephone number  ( 802 ) 658-0220    Fax number  ( 802 ) 658-1456

Email  cmason@gravelshea.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Eames Office, LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

William A. Mason    Date 04/04/07

Handwritten signature (X) ▼

X

| **9** |
| Certificate will be mailed in window envelope to this address: | Name ▼ William A. Mason, IV, Esq. | • Complete all necessary spaces • Sign your application in space 8 |
| | Number/Street/Apt ▼ 76 St. Paul Street, 7th Floor, P.O. Box 369 | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ Burlington, VT 05402-0369 | Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA - Rev 07/2006    Print: 07/2006—30,000    Printed on recycled paper    U.S. Government Printing Office 2004-330-958/60,126

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1–398–152**

VAU000013981524

**EFFECTIVE DATE OF REGISTRATION**

Feb. 26 2007

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**

Eames Dot Pattern

**NATURE OF THIS WORK ▼** See instructions

Fabric Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**

Ray Eames

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1912    Year Died ▼ 1988

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____ United States
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed    1947
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month July    Day 1    Year 1999
United States    Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Eames Office, LLC, 850 Pico Boulevard, Santa Monica, CA 90405

**APPLICATION RECEIVED**
FEB 2 6 2007
**ONE DEPOSIT RECEIVED**
FEB 2 6 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Eames Office, LLC was assigned the rights to the copyright from Lucia Eames, the sole heir of Estate of Ray Eames

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**DO NOT WRITE HERE**

Page 1 of 2 pages



Eames Dot Pattern

LIBRARY OF CONGRESS
APR 0 9 2007
COPYRIGHT OFFICE

Certificate of Registration

Additional Certificate (17 U.S.C. 706)

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**VA 1-310-966**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

EFFECTIVE DATE OF REGISTRATION

AUG 23 2002
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS WORK ▼   TEXTILE PATTERNS
EAMES STATIONERY COLLECTION

NATURE OF THIS WORK ▼ See instructions   STATIONERY BOX

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2

**a**   NAME OF AUTHOR ▼   EAMES OFFICE

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   ☒ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material   ☒ COMPILATION

**b**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

## 3

**a**   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.   2001   ◀ Year

**b**   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.   Month ▶ APRIL   Day ▶ 1   Year ▶ 2002   U.S.A.   ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
EAMES OFFICE
2665 MAIN STREET
SANTA MONICA CA 90405

APPLICATION RECEIVED
AUG 23 2002
ONE DEPOSIT RECEIVED
AUG 23 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE / OFFICE USE ONLY*

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY *Amj* JHA

CHECKED BY

☒ CORRESPONDENCE
  Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

COMPILATION OF PREEXISTING 2-DIMENSIONAL ARTWORK

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                        **Account Number** ▼

CHRONICLE BOOKS                    DA    016071

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

BRENDA MODLISZEWSKI
CHRONICLE BOOKS
85 SECOND STREET
SAN FRANCISCO CA 94105

Area Code and Telephone Number ▶ 415.537.9386

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of     EAMES OFFICE

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

BRENDA MODLISZEWSKI                    Date ▶ 4/1/02

Handwritten signature (X) ▼

*Brenda Modliszewski*

**MAIL
CERTIFI-
CATE TO**

**Name** ▼

BRENDA MODLISZEWSKI C/O CHRONICLE BOOKS

**Number/Street/Apt** ▼

85 SECOND STREET, FLOOR 6

**City/State/ZIP** ▼

SAN FRANCISCO    CA  94105

**9**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

Certificate
will be
mailed in
window
envelope

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

July 1993—300,000    ♻ PRINTED ON RECYCLED PAPER    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582 80 021

# 30 sheets + 30 envelopes

Known for their classic modern furniture, architecture, films, toys, and art, Charles and Ray Eames are considered among the most visionary twentieth-century designers. In the 1940s they explored a number of textile designs, some of which are beautifully reproduced in this stationery collection. These Dot Pattern, Circles, and Crosspatch designs have recently been reissued as textiles by the Eames Office and Maharam, bringing them to a new generation.

Also available:
*Eames Sketchbook* and *Eames Address Book*

© 2001 Lucia Eames dba
Eames Office. All rights reserved.
"Eames Office" and the Starburst
Logo are trademarks of Lucia
Eames dba Eames Office.

www.eamesoffice.com

CHRONICLE BOOKS
85 Second Street
San Francisco, CA 94105
www.chroniclebooks.com

Design by Lucy Kirchner
Manufactured in China

ISBN 0-8118-3340-2

$14.95 U.S.

LIBRARY OF CONGRESS
AUG 2 3 2002
COPY
COPYRIGHT OFFICE

VA 1-310-996







Certificate of Registration <span>Additional Certificate (17 U.S.C. 706)</span>



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



REG...   **VA 1-326-768**

EFFECTIVE DATE OF REGISTRATION

AUG 23 2002
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**
TITLE OF THIS WORK ▼
DOT PATTERN
EAMES ~~FABRIC DESIGN~~ JACRD

NATURE OF THIS WORK ▼ See instructions
BLANK JACRD

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**   **a**
NAME OF AUTHOR ▼
EAMES OFFICE

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

---

**3**   **a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2001 ◀ Year

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ AUGUST   Day ▶ 1   Year ▶ 2002
U.S.A. ◀ Nation

---

**4**
See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
EAMES OFFICE
2665 MAIN STREET
SANTA MONICA CA 90405

APPLICATION RECEIVED
AUG 23 2002
ONE DEPOSIT RECEIVED
AUG 23 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY _____    FORM VA

CHECKED BY _____

☒ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

CHRONICLE BOOKS                    DA    016071

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

BRENDA MODLISZEWSKI
CHRONICLE BOOKS
85 SECOND STREET
SAN FRANCISCO  CA  94105
                                    Area Code and Telephone Number ▶ 415.537.9386

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____ **EAMES OFFICE**
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
BRENDA MODLISZEWSKI                              Date ▶ 9/1/02

Handwritten signature (X) ▼
Brenda Modliszewski

**MAIL CERTIFICATE TO**
Name ▼
BRENDA MODLISZEWSKI/CHRONICLE BOOKS
Number/Street/Apt ▼
85 SECOND STREET, FLOOR 6
City/State/ZIP ▼
SAN FRANCISCO  CA  94105

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

Certificate
will be
mailed in
window
envelope

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—300,000    ♻ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,021

# Exhibit B

MAHARAM
SAMPLE ORDER INQUIRY

TERMINAL-T999 / HWEINER / PGM-SORDER1
Friday, November 2, 2007

| TYPE | OPERATOR: DE JESSICA GLA | ORDER NO: 696600 | INVOICE NO: 706841 |

INV DT: 10/12/04

SPECIFIER 28900
MINDY COLEMAN
251 PARK AVENUE SOUTH
15TH FLOOR

NEW YORK
NY 10010

SHIP-TO          JOSEPHINE VISALLI
VANESSA GUILFORD INTERIOR DESIGN
PICKWICK
230 EAST 51ST STREET

NEW YORK
NY 10022      US UNITED STATES

| | | | |
|---|---|---|---|
| SALESPERSON | 289 MINDY COLEMAN | M/F REMARK | |
| SHIP VIA | 002 UPS NEXT DAY | M/F REMARK | |
| ATTENTION | MS. VANESSA GUILFO D | INT REMARK | |
| REQUESTED BY | MS. VANESSA GUILFO D | INT REMARK | |
| PHONE NUMBER | 718.225.6101 | STATUS | I   USE RESERVE |
| FOB CODE | 01 HAUPPAUGE | TRACER | 1Z823W670160568755 |
| SOURCE | WALK IN | FREIGHT | 17.25 |
| JOB/LOCATION | PICKWICK | | |

MAHARAM
SAMPLE ORDER DETAIL

TERMINAL-T999 / HWEINER / PGM-SORDER3
Friday, November 2, 2007

SPECIFIER:  28900 MINDY COLEMAN      ORDER:  696600      INVOICE:706841

| SAMPLE ITEM | | ORD | SHP | B/O |
|---|---|---|---|---|
| M/458300/003 | DOT PATTERN BROW | 1 | 1 | 0 |
| M/458300/005 | DOT PATTERN NAVY | 1 | 1 | 0 |
| M/458320/005 | SMALL DOT PATTER  CHARCOAL | 1 | 1 | 0 |
| M/458320/007 | SMALL DOT PATTER  RED | 1 | 1 | 0 |
| M/459740/003 | PAVEMENT GREY | 1 | 1 | 0 |
| M/459740/008 | PAVEMENT COPPER | 1 | 1 | 0 |
| M/459740/007 | PAVEMENT LODEN | 1 | 1 | 0 |
| M/459960/002 | OPTIK FUCHSIA/RE | 1 | 1 | 0 |
| M/462870/004 | BLUMEN LAKE | 1 | 1 | 0 |
| M/462870/005 | BLUMEN ESPRESSO | 1 | 1 | 0 |
| M/462870/006 | BLUMEN LODEN | 1 | 1 | 0 |
| M/463540/001 | BESPOKE STRIPE N VY(RBN) | 1 | 1 | 0 |
| M/463540/002 | BESPOKE STRIPE T BACCO(RBN) | 1 | 1 | 0 |

A/?/<F10>=EXIT

# Exhibit C





| Pattern | **Small Dot Pattern 458320** |
| | **by Charles and Ray Eames, 1947** |
| | *Textiles of the 20th Century"* |
| Color | 007 Red |
| Application | Seating |
| Content | 71% Cotton, 29% Polyester |
| Finish | Teflon® |
| Width | 55" |
| Repeat | 7 5/8" V, 12 7/8" H |
| Durability | 40,000+ double rubs |

Fabric design © 2000 Eames Office. A
Charles and Ray Eames Design™ fabric.
All rights reserved.

*Photo on reverse*

|m|a|h|a|r|a|m|    800.645.3943    maharam.com

458320007

# Exhibit D

# maharam

45 Rasons Court
Hauppauge, NY 11788

800.645.3943
631.582.1026 fax

| Account Number |
| --- |
| 0632142 |
| Invoice Date |
| 04/05/05 |
| Invoice Number |
| 893716 |

## Invoice

| Bill To | PICKWICK HOTEL<br>230 EAST 51ST STREET<br><br>NEW YORK NY 10022 | Ship To | PICKWICK HOTEL<br>230 EAST 51ST STREET<br>CONSTRUCTION SUITE 204<br>NEW YORK NY 10022 |
| --- | --- | --- | --- |

| Customer Order Number | Order Number | Terms | Ship Via |
| --- | --- | --- | --- |
| PWSAMPLE22 | 806837 | CR CARD | UPS GROUND |

| Quantity Billed | U/M | Item Number | | Unit Price | Total |
| --- | --- | --- | --- | --- | --- |
| 2.00 | YD | 462560-006 | LETTERS<br>AQUA | 76.00 | 152.00 |
| 8.00 | YD | 458320-007 | SMALL DOT PATTERN<br>RED | 65.00 | 520.00 |
| | | | JOB NAME: PICKWICK HOTEL | | |

**Please Remit to:** Maharam, P.O Box 5937 Hauppauge, NY 11788
For speed of processing your payment, please indicate the Invoice Number on your remittance advice/check.

- If prices or terms are not correctly stated on invoice, return to us at once for correction
- All claims must be made within 30 days after invoice date.
- No allowance made after goods are cut.
- Continuing guaranty under the textiles fiber products identification act filed with the federal trade commission.
- No returns allowed without prior authorization

| Shipping and Handling | |
| --- | --- |
| | $16.68 |
| **Sales Tax** | |
| | $59.40 |
| **Total Due** | |
| | $748.08 |

# Exhibit E





SLEEP TIGHT.

# Your Pod

There's a Pod for every person, and an endless range of possibilities. You can set your music and your mood with our iPod docking stations, plug into the Internet with free WiFi access, and catch your favorite shows on LCD TVs. Each Pod is fully air-conditioned and equipped with efficient, stylish furniture that's designed to maximize your comfort and your living space.

It's your Pod. Make the most of it.
To make a reservation visit www.thepodhotel.com









STAY HAPPY.

# Beyond Your Pod

Step out of your Pod and discover PodCulture. Kick back and relax in our modish lobby, grab a bite to eat at our restaurant, or soak up the city from above on our beautiful rooftop garden. Plug into the Pod community before you even arrive on our customized PodBlog. Swap stories, trade itineraries and ideas, and get to know your fellow Pod mates.

Because great minds travel alike.

To make a reservation visit **www.thepodhotel.com**



