```
                    USDC SDNY
                    DOCUMENT
                    ELECTRONICALLY FILED
                    DOC #:
                    DATE FILED: 3/26/08
```

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EAMES OFFICE, LLC and ) | |
| MAHARAM FABRIC CORP., ) | |
|       Plaintiffs ) | |
| v. ) | Civ. No. 1:08-cv-988 (LAP) |
| ) | **ECF CASE** |
| BD HOTELS LLC d/b/a/ THE POD HOTEL, ) | |
| SWAVELLE/MILL CREEK FABRICS, INC. ) | |
| and VANESSA GUILFORD, ) | |
|       Defendants ) | |

PLAINTIFFS' NOTICE OF DISMISSAL, WITHOUT PREJUDICE,
OF DEFENDANTS BD HOTELS LLC AND VANESSA GUILFORD ONLY

PLEASE TAKE NOTICE that Plaintiffs, Eames Office, LLC and Maharam Fabric Corp., by and through their attorneys Gravel and Shea, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss without prejudice all claims alleged in this action against Defendants BD Hotels LLC d/b/a/ The Pod Hotel and Vanessa Guilford only.

Dated:    Burlington, Vermont
            March 20, 2008

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

March 25, 2008

Andrew D. Manitsky, Esq.
Megan J. Shafritz, Esq.
Gravel and Shea
76 St. Paul Street, 7th Floor
P. O. Box 369
Burlington, VT 05402-0369
(802) 658-0220
amanitsky@gravelshea.com

*Attorneys For Plaintiffs*