UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EAMES OFFICE, LLC, **ET ANO.**,
                           Plaintiff(s),

       CASE NO. 1:08-cv-988

   -against-

       **AFFIDAVIT OF SERVICE**

EASTHILL HOTEL CORP., **ET ANO.**,
                           Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK    )
                              s.s :
COUNTY OF NEW YORK  )

      JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICES, INC., is over the age of eighteen years and is not a party to the action.
      That on the 25th day of March, 2008, at approximately 2:45 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; CIVIL COVER SHEET; JUDGE'S RULES; ECF FILING INSTRUCTIONS and 7.1 DISCLOSURE STATEMENT** upon EASTHILL HOTEL CORP. c/o Law Offices of Michael I. Chakansky (Attorney for the defendant) at 1350 Broadway, Suite 1510, New York, New York by personally delivering and leaving the same with Michael I. Chakansky, at that address.
      Michael I. Chakansky is a white male, approximately 47 years of age, is approximately 5 feet and 10 inches tall, weighs approximately 180 pounds, with medium length blond hair and blue eyes.

Sworn to before me this
27th day of March, 2008

                                                                JASON AGEE #1196790

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
**Qualified in New York County**
**Commission expires February 3, 2010**