UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EAMES OFFICE, LLC and<br>MAHARAM FABRIC CORP.,<br>    Plaintiffs<br><br>v.<br><br>EASTHILL HOTEL CORP. d/b/a<br>THE POD HOTEL, and<br>SWAVELLE/MILL CREEK FABRICS, INC.,<br>    Defendants | Civ. No. 1:08-cv-988 (LAP)<br>**ECF CASE** |

**CORPORATE DISCLOSURE STATEMENT**

There are no parent corporations or corporations that own 10% or more of Swavelle/Mill Creek Fabrics, Inc.

Dated:   April 10, 2008
         New York, New York

KRANTZ & BERMAN, LLP

By: /s/ Larry H. Krantz
    Larry H. Krantz (LK 6806)

747 Third Avenue
32nd Floor
New York, New York 10017
212-661-0009
Attorneys for Swavelle/Mill Creek Fabrics, Inc.