UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EAMES OFFICE, LLC and | ) | |
| MAHARAM FABRIC CORP., | ) | |
| Plaintiffs | ) | |
| | ) | Civ. No. 1:08-cv-988 (LAP) |
| v. | ) | **ECF CASE** |
| | ) | |
| EASTHILL HOTEL CORP. d/b/a | ) | |
| THE POD HOTEL, and | ) | |
| SWAVELLE/MILL CREEK FABRICS, INC., | ) | |
| Defendants | ) | |

## CORPORATE DISCLOSURE STATEMENT

There are no parent corporations or corporations that own 10% or more of Swavelle/Mill

Creek Fabrics, Inc.

Dated:        April 10, 2008
             New York, New York

KRANTZ & BERMAN, LLP

By: _____
        Larry H. Krantz (LK 6806)

747 Third Avenue
32nd Floor
New York, New York 10017
212-661-0009
Attorneys for Swavelle/Mill Creek Fabrics, Inc.