```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08
```

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EAMES OFFICE, LLC and<br>MAHARAM FABRIC CORP., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EASTHILL HOTEL CORP. d/b/a )<br>THE POD HOTEL )<br>SWAVELLE/MILL CREEK FABRICS, INC., )<br>)<br>Defendants. ) | Civ. No. 1:08-cv-00988 (LAP)<br><br>ECF CASE |

## STIPULATION AND ORDER EXTENDING TIME
## TO RESPOND TO FIRST AMENDED COMPLAINT

Plaintiffs, Eames Office, LLC and Maharam Fabric Corp., and Defendant, Easthill Hotel Corp. d/b/a/ The Pod Hotel ("The Pod Hotel"), by and through their respective undersigned counsel, hereby stipulate and agree that the time for Defendant, The Pod Hotel, to answer or otherwise move with respect to the First Amended Complaint in the above-captioned matter shall be and hereby is extended from April 14, 2008, to and including April 28, 2008. No previous extensions of this time have been requested.

Dated: April 14, 2008

_____
Andrew D. Manitsky, Esq.
Gravel and Shea
76 Paul Street, 7th Floor
P.O. Box 369
Burlington, Vermont 05402-0369
amanitsky@gravelshea.com
802.658.0220

*Attorneys for Plaintiffs*

Dated: April 14, 2008

*[signature]*

Michael I. Chakansky, Esq.
Law Offices of Michael I. Chakansky
1350 Broadway - Suite 1510
New York, New York 10018
mic@pipeline.com
212.244.5121

*Attorneys for Defendant*
*Easthill Hotel Corp. d/b/a The Pod Hotel*

APPROVED AND SO ORDERED

Dated: *April 17, 2008*

*[signature]*

The Honorable Loretta A. Preska
U.S. District Court Judge
Southern District of New York

-2-