UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EAMES OFFICE, LLC and<br>MAHARAM FABRIC CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>EASTHILL HOTEL CORP. d/b/a<br>THE POD HOTEL<br>SWAVELLE/MILL CREEK FABRICS, INC.,<br><br>Defendants. | Civ. No. 1:08-cv-00988 (LAP)<br><br>**ECF CASE** |

**RULE 7.1, F.R.Civ.P., DISCLOSURE STATEMENT
of EASTHILL HOTEL CORP. d/b/a THE POD HOTEL**

Defendant, Easthill Hotel Corp. d/b/a/ The Pod Hotel, by and through its undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that it has no parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock.

Date April 28, 2008

LAW OFFICES OF MICHAEL I. CHAKANSKY

*/s/ Michael I. Chakansky*
Michael I. Chakansky, Esq.
1350 Broadway - Suite 1510
New York, New York 10018
E-MAIL: mic@pipeline.com
PHONE: 212.244.5121

*Attorneys for Defendant, Counterclaim
Plaintiff and Cross-Claimant
Easthill Hotel Corp. d/b/a The Pod Hotel*