# KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman

Silvia L. Serpe
Wendy R. Gerstmann
*Special Counsel*

David V. Kirby
Lisa Solomon
*Of Counsel*

Writer's E-mail

lkrantz@krantzberman.com

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/08*

May 20, 2008

**BY FAX 212-805-7941**

Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

> Re: *Eames Office, LLC and Maharam Fabric Corp. v. Easthill Hotel Corp.
> d/b/a/ The Pod Hotel and Swavelle/Mill Creek Fabrics, Inc.*,
> District Judge Loretta J. Preska; Magistrate Judge Kevin N. Fox,
> Civil No. 1:08-cv-00988, USDC/SDNY

Dear Judge Preska:

We represent Defendant Swavelle/Mill Creek Fabrics, Inc. in the above-referenced action.

The Court has set the initial pretrial conference in this matter for May 27, 2008, at 9:00 A.M. Unfortunately, due to a schedule conflict (I will be in Washington, D.C.), I must respectfully request a brief adjournment of the preliminary conference. I have consulted with all other counsel and they **consent** to this application. If the Court's schedule permits, all counsel are available on the afternoon of June 3rd or anytime on June 4th. If those dates are unsatisfactory, I am happy to coordinate with other counsel for additional proposed dates.

Thank you for your consideration of this request.

*The conference is adjourned to June 3 at 2:30*

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

747 Third Avenue   32nd Floor   New York, New York 10017-2803   Telephone 212.661.0009   Fax 212.355.5009   www.krantzberman.com

Honorable Loretta A. Preska
May 20, 2008
Civil No. 1:08-cv-00988, SDNY
page 2

Respectfully Submitted,

*[signature]*

Larry H. Krantz, Esq.

cc: (via e-mail):

Andrew D. Manitsky, Esq.
Gravel and Shea
amanitsky@gravelshea.com
802.658.0220
*Attorneys for Plaintiffs*
*Eames Office, LLC and Maharam Fabric Corp.*

Michael I. Chakansky, Esq.
Law Offices of Michael I. Chakansky
mic@pipeline.com
212.244.5121
*Attorneys for Defendant, Counterclaim Plaintiff and Cross-Claimant*
*Easthill Hotel Corp. d/b/a The Pod Hotel*