COURTESY
COPY

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/08

| | |
|---|---|
| EAMES OFFICE, LLC and<br>MAHARAM FABRIC CORP.,<br>　　　　　　　　Plaintiffs<br>　　　v.<br><br>EASTHILL HOTEL CORP. d/b/a<br>THE POD HOTEL, and<br>SWAVELLE/MILL CREEK FABRICS, INC.<br>　　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civ. No. 1:08-cv-988 (LAP)
**ECF CASE**

STIPULATION AND ORDER EXTENDING
PLAINTIFFS' TIME TO REPLY TO COUNTERCLAIMS

Plaintiffs, Eames Office, LLC and Maharam Fabric Corp., and Defendant, Easthill Hotel

Corp. d/b/a/ The Pod Hotel, by and through their respective undersigned counsel, hereby stipulate

and agree that the time for Plaintiffs to reply or otherwise move with respect to Defendant's

Counterclaims in the captioned matter shall be and hereby is extended from May 21, 2008, to and

including May 30, 2008.

This extension is necessary because Plaintiffs' lead counsel was out of the office last

week due to a paratonsillar abscess that required immediate medical attention and treatment. No

previous extensions of this time have been requested.

GRAVEL AND SHEA
ATTORNEYS AT LAW
P. O. Box 369
BURLINGTON, VERMONT
05402-0369

Dated:      Burlington, Vermont
May 20, 2008

_____

Andrew D. Manitsky, Esq.
Megan J. Shafritz, Esq.
Gravel and Shea
76 St. Paul Street, 7ᵗʰ Floor
P O. Box 369
Burlington, VT 05402-0369
(802) 658-0220
amanitsky@gravelshea.com

*Attorneys For Plaintiffs*


Dated:      New York, New York
May 20, 2008

_____

Michael I. Chakansky, Esq.
Law Offices of Michael I. Chakansky
1350 Broadway - Suite 1510
New York, NY 10018
(212) 244-5121
mic@pipeline.com

*Attorneys For Defendant
Easthill Hotel Corp. d/b/a/ The Pod Hotel*


APPROVED AND SO ORDERED:

Dated: May 21, 2008

_____

The Honorable Loretta A. Preska
U.S. District Court Judge

-2-