COURTESY COPY

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

| | |
|---|---|
| EAMES OFFICE, LLC and MAHARAM FABRIC CORP., <br> Plaintiffs <br> v. <br> EASTHILL HOTEL CORP. d/b/a THE POD HOTEL, and SWAVELLE/MILL CREEK FABRICS, INC. <br> Defendants | Civ. No. 1:08-cv-988 (LAP) <br> **ECF CASE** |

### STIPULATION AND ORDER EXTENDING PLAINTIFFS' TIME TO REPLY TO COUNTERCLAIMS

Plaintiffs, Eames Office, LLC and Maharam Fabric Corp., and Defendant, Easthill Hotel Corp. d/b/a/ The Pod Hotel, by and through their respective undersigned counsel, hereby stipulate and agree that the time for Plaintiffs to reply or otherwise move with respect to Defendant's Counterclaims in the captioned matter shall be and hereby is extended from May 21, 2008, to and including May 30, 2008.

This extension is necessary because Plaintiffs' lead counsel was out of the office last week due to a paratonsillar abscess that required immediate medical attention and treatment. No previous extensions of this time have been requested.

GRAVEL AND SHEA
ATTORNEYS AT LAW
P. O. Box 369
BURLINGTON, VERMONT
05402-0369

Dated:   Burlington, Vermont
         May 20, 2008

*[signature]*

Andrew D. Manitsky, Esq.
Megan J. Shafritz, Esq.
Gravel and Shea
76 St. Paul Street, 7th Floor
P. O. Box 369
Burlington, VT 05402-0369
(802) 658-0220
amanitsky@gravelshea.com

*Attorneys For Plaintiffs*

Dated:   New York, New York
         May 20, 2008

*[signature]*

Michael I. Chakansky, Esq.
Law Offices of Michael I. Chakansky
1350 Broadway - Suite 1510
New York, NY 10018
(212) 244-5121
mic@pipeline.com

*Attorneys For Defendant
Easthill Hotel Corp. d/b/a/ The Pod Hotel*

APPROVED AND SO ORDERED:

Dated: May 21, 2008

*[signature]*

The Honorable Loretta A. Preska
U.S. District Court Judge

-2-