UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
EAMES OFFICE, LLC AND MAHARAM       :
FABRIC CORP.,                       :
                                    :
            Plaintiffs,             :  08 Civ. 988 (LAP)
                                    :
     -against-                      :  ORDER
                                    :
EASTHILL HOTEL CORP. d/b/a THE POD  :
HOTEL and SWAVELLE/MILL CREEK       :
FABRICS, INC.,                      :
                                    :
            Defendants.             :
                                    :
------------------------------------x

LORETTA A. PRESKA, U.S.D.J.:

    After having a conference on this matter this afternoon, the parties have agreed to further confer and inform the Court by letter of how they propose to proceed by June 25, 2008.

SO ORDERED:

Dated:   New York, New York
         June 3, 2008

                              _____
                              LORETTA A. PRESKA, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08